JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TREVON LEE DAVIS,<br><br>Petitioner,<br><br>v.<br><br>JAMES ROBERTSON, Warden,<br><br>Respondent. | No. CV 20-01802-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied as untimely, and this action dismissed with prejudice.

Date: June 18, 2020

*/s/ David O. Carter*
_____
DAVID O. CARTER
United States District Judge